J. EDWARD OGDEN COMPANY, Respondent, *v.* OTTO REFIOR, Carrying on Business as the ALLEGHENY FORGING COMPANY, Appellant.

*Ogden Company* v. *Refior*, 129 App. Div. 904, affirmed.
(Submitted March 1, 1910; decided March 22, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 17, 1908, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover for goods alleged to have been sold and delivered.

*Lewis & Carpenter* for appellant.

*William J. Martin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER and WILLARD BARTLETT, JJ. Not voting: HISCOCK, J. Absent: CHASE, J.